IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LAVELL WOFFORD**  PLAINTIFF
**#180168**

v.  No. 2:22-cv-236-DPM

**ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS**  DEFENDANTS

## JUDGMENT

Wofford's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2023